**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

SERGIO DAVID CASTRO-AGRAMON (1)
GUSTAVO VELAZQUEZ-~~INIUEZ~~ (2),
      INIGUIZ *ak*

               Defendants.

Case No.:   __25-cr-4104-AGS__
               25MJ8769

**I N F O R M A T I O N**

Title 8, U.S.C., Sec.
1324(a)(1)(A)(ii) –
Attempted Transportation of
Certain Aliens (Felony);

Title 8, U.S.C.,
Sec. 1324(a)(2)(B)(ii) –
Bringing in Aliens for
Financial Gain (Felony)

Title 8, U.S.C., Sec.
1326(a) and (b) – Attempted
Reentry of Removed Alien
(Felony)

The United States Attorney charges:

<u>Count 1</u>

On or about October 1, 2025, within the Southern District of California, defendant, SERGIO DAVID CASTRO-AGRAMON, knowing and in reckless *disregard* of the fact that an alien, namely, GUSTAVO VELAZQUEZ-~~INIUEZ~~, (INIGUIZ *ak*) had come to, entered, and remained in the United States in violation of law, did knowingly attempt to transport and move said alien within the United States by means of transportation

KARO:lv:10/17/2025

and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### Count 2

On or about October 1, 2025, within the Southern District of California, defendant, SERGIO DAVID CASTRO-AGRAMON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gustavo Velazquez-Iniuez, had not received prior official authorization to come to, enter, and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

### Count 3

On or about October 1, 2025, within the Southern District of California, defendant, GUSTAVO VELAZQUEZ-INIUEZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States and her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported, and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, namely, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

//

2

It is further alleged that defendant was removed from the United States subsequent to January 25, 1993.

DATED: October 20, 2025.

ADAM GORDON
United States Attorney

*Kaley S. Chan* for

KATHERINE ROOKARD
Special Assistant U.S. Attorney